**Troy Atera BROWN, Petitioner–Appellant,**

v.

**DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, Respondent–Appellee.**

No. 00–7372.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 5, 2000.

Decided March 7, 2001.

Troy Atera Brown, pro se.

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Troy Atera Brown appeals the district court's order dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) without prejudice for failure to comply with a district court order. *See* Fed.R.Civ.P. 41(b). Because Brown may reinstate his suit by merely providing information requested by the district court, we lack jurisdiction to decide this appeal. *See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993). We dismiss the appeal for lack of jurisdiction and deny a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*DISMISSED.*